**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **Metro Motors, LLC,**<br>**d/b/a Luther Nissan,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Nissan Motor Corporation in U.S.A.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 00-CV-2120 (PAM/JGL)** |

**ORDER EXTENDING TIME**

Upon stipulation of the parties, it is hereby

**ORDERED** that the time within which Defendant Nissan Motor Corporation in U.S.A. ("Nissan") may move, answer or otherwise respond to the Complaint in this action shall be extended to and including November 8, 2000.

Dated: October 11, 2000

**SO ORDERED:**

United States District Judge

::ODMA\PCDOCS\LIB1\622615\1

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **Metro Motors, LLC, d/b/a Luther Nissan,** | ) | |
| **Plaintiff,** | ) | **Case No. 00-CV-2120 (PAM/JGL)** |
| **v.** | ) | |
| **Nissan Motor Corporation in U.S.A.,** | ) | |
| **Defendant.** | ) | |

**STIPULATION EXTENDING TIME**

It is hereby stipulated and agreed by and among Plaintiff and Defendant, through their respective counsel, that the time within which Defendant Nissan Motor Corporation in U.S.A. ("Nissan") may move, answer, or otherwise respond to the Complaint in this action shall be extended to and including November 8, 2000.

Dated: October 6, 2000

By: [signature]
William L. Killion ( )
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: (612) 343-2800

Attorneys for Plaintiff
Metro Motors, LLC, d/b/a Luther Nissan

By: [signature]
Nicholas A.J. Vlietstra (241532)
Larkin, Hoffman, Daly & Lindgren, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: (952) 835-3800

Kevin A. Russell
Stephen A. Swedlow
Latham & Watkins
5800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-7700

Attorneys for Defendant
Nissan Motor Corporation in U.S.A.