UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2120 (PAM/JGL)

METRO MOTORS, LLC,

Plaintiff,

v.

**PRETRIAL ORDER**

NISSAN MOTOR CORPORATION
IN USA,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

2. All parties shall disclose all expert witnesses by July 1, 2001, and rebuttal expert witnesses by August 1, 2001;

3. The period during which the parties may seek discovery shall be completed by September 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2001; and

6. This case will be considered "ready for trial" as of December 1, 2001.

DATED: December 29, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed DEC 29 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________