UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Metro Motors, LLC,**
**d/b/a Luther Nissan,**

**Plaintiff,**

**v.**

**Nissan Motor Corporation in U.S.A.,**

**Defendant.**

**Case No. 00-CV-2120 (PAM/JGL)**

**ORDER EXTENDING TIME**

Upon stipulation of the parties, it is hereby

**ORDERED** that the time within which Defendant Nissan North America, Inc. (formerly known as Nissan Motor Corporation in U.S.A.) may move, answer or otherwise respond to the Amended Complaint in this action shall be extended to and including February 2, 2001.

Dated: January 24, 2001

**SO ORDERED:**

United States Magistrate Judge

JAN 2 5 2001
FILED
... E. DOSAL, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Metro Motors, LLC,
d/b/a Luther Nissan,

Plaintiff,

v.

Nissan Motor Corporation in U.S.A.,

Defendant.

Case No. 00-CV-2120 (PAM/JGL)

## STIPULATION EXTENDING TIME

It is hereby stipulated and agreed by and between Plaintiff and Defendant, through their respective counsel, that the time within which Defendant Nissan North America, Inc. (formerly known as Nissan Motor Corporation in U.S.A.) may move, answer, or otherwise respond to the Amended Complaint in this action shall be extended to and including February 2, 2001.

Dated: January 22, 2001

By: William L. Killion
William L. Killion (55700)
Gregory R. Merz (185942)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: (612) 343-2800

Attorneys for Plaintiff Metro Motors, LLC,
d/b/a Luther Nissan

Dated: January 18, 2001

By: Nicholas Vlietstra
Nicholas A.J. Vlietstra (241532)
Larkin, Hoffman, Daly & Lindgren, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: (952) 835-3800

and

Kevin A. Russell
Stephen A. Swedlow
Latham & Watkins
5800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-7700

Attorneys for Defendant Nissan North America, Inc.

FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____